# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 06-po-7008 |
| THOMAS J. FURGISON | Elizabeth Schifrin |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information, Operating a Motor Vehicle Without a Valid Operator's Licence in Violation of C.R.S. 42-4-101(1).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-4-101(1) | No Valid Operator's License | 11-10-05 | 1 |

The Charge of Driving Under Restraint in Violation Number CO-10/W31004 is dismissed.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $300.00 |

2/8/2006
Date of Imposition of Judgment

s/ Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
U.S. District Judge
Name & Title of Judicial Officer

February 23, 2006
Date